STATE FARM MUTUAL AUTOMOBILE INSURANCE Co., Appellant, v ROBERT MALLELA et al., Respondents.

Submitted August 10, 2004; decided September 2, 2004

Certification of question by the United States Court of Appeals for the Second Circuit, pursuant to section 500.17 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.17), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge KAYE, Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH.

In the Matter of ROBERT M. WINN, as Special Prosecutor for the County of Rensselaer, et al., Respondents, v RENSSELAER COUNTY CONDITIONAL RELEASE COMMISSION, Respondent, and MARY BETH ANSLOW, Appellant.

Submitted August 3, 2004; decided September 2, 2004

Motion for leave to appeal dismissed upon the ground that the issues presented have become moot.

CONQUEST CLEANING CORP., Appellant, v NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY, Respondent.

Submitted June 28, 2004; decided September 7, 2004

Motion, insofar as it seeks leave to appeal from the Appellate Division order of affirmance, denied; motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument, leave to appeal to the Court of Appeals and renewal, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution.